# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1503

VERSUS

MICHAEL EVERETT

**FEBRUARY 25, 2022**

---

In Re:    Michael Everett, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-18-0432.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief, the State's response, the commissioner's report, the bill of information, and the guilty plea and sentencing transcripts. Therefore, this court cannot adequately review the district court's ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before April 12, 2022, and should include the missing items noted above and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT